**Carl I. DINGFELDER and Benjamin Balish, Copartners, Doing Business under the Firm Name of Dingfelder & Balish, Appellants, v. THE Steamship BRENTA II, Her Engines, etc., Navigazione Libera Triestina S. A., Appellee.**

**Ramon J. BOERA and Alvaro Boera, Copartners, Doing Business under the Firm Name of Boera Brothers, Appellants, v. THE Steamship BRENTA II, Her Engines, etc., Navigazione Libera Triestina S. A., Appellee.**

Nos. 246, 247.

Circuit Court of Appeals, Second Circuit.

Feb. 5, 1934.

Finkler & Finkler, of New York City (Frank I. Finkler, Jesse H. Finkler, and Michael C. Bernstein, all of New York City, of counsel), for appellants.

Loomis & Ruebush, of New York City (Homer L. Loomis, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decrees (—— F. Supp. ——) affirmed.